# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:03-CR-354-BR |
| v. | ORDER TO TRANSFER FUNDS |
| ROLANDO CHARLES, | |
| Defendant. | |

The financial audit of this case disclosed that the defendant made a $25.00 overpayment on the ordered Special Penalty Assessment. The defendant is no longer in custody and Probation does not have a forwarding address. Research avenues for locating the defendant have been exhausted.

Accordingly, the Clerk of Court is hereby ordered to transfer monies of $25.00 held in the Deposit Fund (6855XX) to the Unclaimed Fund (613300) to be held for defendant Rolando Charles.

IT IS SO ORDERED.

DATED this 11th day of June, 2013.

_____
Anna J. Brown
UNITED STATES DISTRICT JUDGE

1- ORDER